# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: JUUL LABS, INC., MARKETING, SALES
PRACTICES, AND PRODUCTS LIABILITY LITIGATION  MDL No. 2913
    Perry v. Juul Labs, Inc., et al., )
        D. Nevada, C.A. No. 2:20-02230 )

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*Perry*) on December 11, 2020. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Perry* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-50" filed on December 11, 2020, is LIFTED. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable William H. Orrick, III.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel